UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EUGENE JAMES, | No. 2:24-cv-0448 DJC SCR P |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| PAMELA JEAN DOMINISSE, ET AL., | |
| Defendants. | |

Plaintiff Ronald Eugene James is proceeding pro se and in forma pauperis in this action under 42 U.S.C. § 1983.  This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On December 4, 2024, the court screened the first amended complaint per the screening process required by the IFP statute, 28 U.S.C. § 1915(e)(2), and found the complaint legally deficient but granted plaintiff leave to amend.  (ECF No. 15.)  The court determined plaintiff could not state a § 1983 claim for damages against any of the attorney-defendants and plaintiff's request for declaratory and injunctive relief was barred by the doctrine of <u>Younger v. Harris</u>, 401 U.S. 37, 43-54 (1971).  The court's order allowed plaintiff thirty (30) days to file a second amended complaint that cured the deficiencies.  The order warned plaintiff that a failure to respond would result in a recommendation that the action be dismissed for failure to obey a court order and failure to prosecute.  More than 30 days have passed, and plaintiff has not responded.

1

1  Good cause appearing, IT IS HEREBY ORDERED that **Plaintiff shall show cause, in
2  writing, within 14 days**, why the failure to file an amended complaint should not result in a
3  recommendation that this case be dismissed based on failure to obey a court order and failure to
4  prosecute. Plaintiff may respond by filing an amended complaint that complies with the court's
5  prior order. If Plaintiff fails to respond, the court will recommend dismissal of this case.
6  SO ORDERED.
7  DATED: January 27, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE